**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

SEAN JENKINS                                                                                          PLAINTIFF

v.                                          4:12-cv-00327-JMM-JTK

DAVID NORWOOD, et al.                                                                      DEFENDANTS

## ORDER

The Court finds that the interests of justice would be best served by transferring this case to the United States District Court for the Western District of Arkansas. Venue would be proper in the Western District, as Defendants are located there and the events complained of allegedly occurred there. See 28 U.S.C. § 1406(a).[1]

The Clerk of the Court is directed to immediately TRANSFER PLAINTIFF'S ENTIRE CASE FILE to the Western District of Arkansas, El Dorado Division, 205 U.S. Post Office & Courthouse, 101 S.Jackson St., P.O. Box 1566, El Dorado, AR 71730-1566.

IT IS SO ORDERED this 18th day of June, 2012.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE

---

[1] "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." Id.